
N.E.
1903

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

FILED
2016 APR 27 A 11: 00
U.S. DISTRICT COURT
N.D. OF ALABAMA

Jimmy Lee Watkins

Inmate Identification Number: AIS #276564

_____

(Enter above the full name of the plaintiff
in this action)

Morgan County   vs.
Commissioners - Doe
Commissioners - Jefferson Dunn
Sheriff - Anna Franklin
Sgt - Corriko
CO-(1) - Ozbolt
CO-(1) - Allen
CO-(1) - McVay
CO-(1) - Driggers
Federal Inmates - Doe
MCJF - Infirmey - Staffs

(Enter above full name(s) of the defendant(s)
in this action)

NOTICE TO FILING PARTY

*It is your responsibility to notify the clerk in writing of any address change.*

*Failure to notify the clerk may result in dismissal of your case without further notice.*

No Magistrate Recomindations,

Jury Trial Requested

CV-16-K-0681-NE

I.   Previous lawsuits

   A.   Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
        Yes (  )          No ( ✓ )

   B.   If the answer to (A) is "yes," describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

        1.   Parties to this previous lawsuit:

             Plaintiff:   _____

             _____

             Defendant(s):   _____

             _____

2

2. Court (if Federal Court, name the district; if State Court, name the county) NONE

3. Docket number NONE

4. Name of judge to whom case was assigned NONE

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) NONE

6. Approximate date of filing lawsuit NONE

7. Approximate date of disposition NONE

II. Place of present confinement LIMESTONE CORR. FACILITY

A. Is there a prisoner grievance procedure in this institution?
Yes (✓)   No ( ) I DONT HAVE COPIES AND NEVER GOT, NOR RECIEVED ANY ANWSERS FROM MORGAN COUNTY CORR. FACILITY

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes ( )   No (✓)

C. If your answer is YES:

   1. What steps did you take? NONE

   2. What was the result? NONE

D. If your answer is NO, explain why not: THE GRIEVENCE SYSTEM IN D.O.C DOES NOT APPLY TO PRETRIAL DETAINEE.

3

III. Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) Jimmy Lee Watkins

Address Limestone Corr. Facility 28779 Nick Davis Rd. Harvest AL. 35749-7009

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Commissioner - Doe

Is employed as Morgan County Commissioner

at Morgan County

C. Additional Defendants Sheriff - Doe Anna Franklin, Sgt-Corriko, CO-Ozbolt, CO-Allen, CO-McVay, CO-Driggers, Federal Inmate-Doe?, MCJ-Infirmey on the shift of Oct. 31, 2015 from 6:pm. Also all officers from Oct. 31, 2015 in A-Pod from 6am to 6pm, and Sept 1, 2015 from 6am to 6pm, Med Staff: Dr. Doe and Nurse Doe (Warden Brady)

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. <u>Do not give any legal arguments or cite any cases or statues.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary. I would like to have notification of the District Court's attetion. I come in a peaceful matter, Im not looking for a matter of revenge but a change... May God bless you...

* Ive been violated, my spirit is in jepordy, I feel as I was in a state of a devastated helpless matter. Officer Ozbolt, he did not treat me as a human being and took my life as a joke. When I needed him I did not see nor hear from im in the time of my crisis. On that same shift the following officers acted as they did not care when I told them. I told the following officers what had happen wich is located in the Plaintiff side, I never heard anything from the warden when I text in the kiosk machine. My behavior is a reflection of how they treated me, but I still held a positive character throughout the months Ive been at Morgan County Jail Facility. Its not about the lawsuit nor the amounts but its for others that are loosing hope and see what Ive seen, and also going through the sufference in Morgan County Jail Facility. Please understand that I was denied of a very serious medical teatment and still get the effects from the occurence from when the situation happened. I requested it from (2) different shifts and five different officers. I would like to have as individual claims from each officer, the inmate the medical staff members in those shifts also the Sherrif and Commissioner too. (Both)

4

ALSO MY CIVIL RIGHTS... THEY ALL ACTED UNDER COLOR OF STATE, I WAS VIOLATED IN THE MATTER OF MY US. CONST. AND EIGHTH AND FOURTEENTH AMENDMENTS. I WOULD LIKE TO BE PROVIDED WITH ALL GUIDENCE HELP FROM PROFESSIONAL LAWYER ALSO AND PEOPLE THAT CAN REPRESENT AND STAND BEHIND US TOGETHER AS PEOPLE NATION

## V. RELIEF

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

* PAY: $350.00 FOR A FILING FEE FOR MY IN FORMA PAUPERIS TO THE CLERK
* I WOULD LIKE TO SUE EACH INDIVISUAL FOR NO MORE THAN 80,000 & NO LESS THAN $50,000 FOR VIOLATIONS OF MY CONSTITUTIONAL RIGHTS, ALSO DAMAGES IN MY CRAINUM AND THE DUE PROCESS OF MY MEDICAL FORMS & GRIEVENCE THAT I NEVER GOT A REPLY FROM. * THE COMMISSIONER, SHERRIFF, AND THE WARDEN I WOULD LIKE FOR YOU ALL TO MAKE ESTABLISHMENTS ON THE FOOD CHANGE BETTER CLOTHING AND TO PROVIDE MORE POSITIVE ACTIVITIES THROUGH OUT MORGAN COUNTY JAIL FACILITY. AND WOULD LIKE TO SET MY LAWSUIT AT NO MORE THAN $80,000 AND NO LESS THAN $55,000 FOR THE LACK OF RESPONSIBILITY ON OFFICERS AND DAILY TO WEEKLY INSPECTIONS AND I WOULD LIKE TO HAVE MY NAME ACROSS FOR BETTER CHANGE, IF WE BELIEVE WE CAN, THEN THINKING AHEAD IS OUR RESOLUTION FOR CHANGE, PLAN AHEAD, STAY AHEAD, KEEP A LEVITATED MIND. LETS ELEVATE OUR THOUGHTS TOGETHER BECAUSE THE CHILDREN ARE OUR FUTURE;;;
- PEOPLE NATION - BLACK PEACESTONE ORG.   MAY GOD BLESS YOU AND THANK YOU VERY

I declare under penalty of perjury that the foregoing is true and correct. MUCH !!! ROMANS 8:8-10"

Executed on April 19, 2016
11:03 AM

* SEE SEPERT PAPER ATTACHED FOR BETTER DETAILS.

_____
SIGNATURE  Jimmy L Watkins

ADDRESS  LIMESTONE CORR. FACILITY 28779 Nick Davis Road, Harvest AL. 35749

AIS # 276564

_____
NOTARY PUBLIC

10/30/17
Comm expires

5

-STATEMENT OF CLAIMS- (IV)

GREETINGS, I WOULD LIKE TO HAVE NOTIFICATION OF THE DISTRICT COURTS ATTETION.. I COME IN A VERY PEACEFUL MATTER, I'M NOT HERE LOOKING FOR A MATTER OF REVENGE; BUT LOOKING FOR HELP AND SUPPORT TO CHANGE...

\* MAY GOD BLESS YOU ALL!

- I'VE BEEN VIOLATED, MY SPIRIT IS IN GREAT JEOPORDY. I FEEL AS I HAVE BEEN IN A STATE WICH WAS DEVASTATED AND ALSO "HELPLESS SITUATION"... OFFICER OZBOLT, SGT CORRIKO, C.O. DRIGGERS, C.O. ALLEN, C.O. MCVAY, FEDERAL INMATE, MCJF-INFIRMEY STAFFS, SHERIFF ANNA FRANKLIN, COMMISONOR OF MORGAN COUNTY, AND COMMISSONER JEFFERSON DUNN HAVE VIOLATED MY RIGHTS, WARDEN BRADLY ALSO...

- OFFICER OZBOLT, AND THE OTHER STAFFS ON HIS SHIFT OCTOBER 31, 2015 BETWEEN THE TIME RANGE OF: 10:30AM - 1:45AM ACTED IN A VIOLATION OF MY CONSTITUTIONAL RIGHTS, THEY ACTED AS IF I WAS NOT HUMAN. ALSO THE TOOK MY LIFE AS A JOKE... WHEN I NEEDED PROTECTION IT WAS NOT PROVIDED, NEITHER WAS I PROVIDED WITH MEDICAL ASSISTANCE. THEY ALL ACTED AS THE DID NOT CARE. SO FORTH WITH THE NEXT SHIFT OF: SEPT. 1, 2015. AS SEEN ON CAMRA ON SEPT 1, 2015 BETWEEN 5:30AM AND 7:35AM I'M WALKING INJURED DOWN THE HALL BEING ESCORTED TO A DISPINARY DORM. OFFICER DRIGGERS ASKED ME WHAT HAD HAPPEN ON THE LAST SHIFT, I TOLD HIM IN A CALM AND VERY HUMBTONE THAT I WAS ATTACKED BY A FEDERAL INMATE AND I ASKED FOR MEDICAL ATTETION AND DID NOT RECIEVE ANY TYPE OF STAFF ASSISTANCE OR MEDICAL TRETMENT AND I ALSO ASKED FOR GRIEVENCES AND NEVER RECIEVED ANY. I ASKED OFFICERS ON BOTH SHIFTS ABOUT MEDICAL TREATMENTS AND GRIEVENCES BUT I ALWAYS GOT PUT ON HOLD. I NEVER GOT A REPLY FROM THE WARDEN OF FROM ANY HIGHER ATHORITY, EVEN AFTER THE FACILITY GOT THEIR KIOSH MACHINES.

- THIS BRIEF COMPLAINT IS NOT ABOUT THE ESSENCE OF REVENGE; NEITHER IS IT ABOUT THE LAWSUIT OF THE MONEY. EVEN THOUGH I HELD STRONG AND KEPT A POSITIVE CHARACTER, SOME OF MY BEHAVIOR REFLECTS FROM HOW I WAS TREATED AS A PRETRIAL DETAINEE TAIMED IN MORGAN COUNTY JAIL FACILITY. THROUGH OUT THE MONTHS OF BEING TAIMED, I'VE LEARNED THAT WE AS PEOPLE DESERVE TO BE TREATED AS HUMANS, AND ANY INMATE OR HUMAN TAIMED SHOULD NOT GO THROUGH A TRIAL OF SUFFERENCE FROM C.O/STAFF OFFICERS BUT TO KEEP EACH OTHER ENCOURAGED AND TO STAND UP FOR WHAT IS RIGHT.

- "PLEASE UNDERSTAND," THAT I JIMMY LEE WATKINS (424-346854) WAS DENIED OF MY U.S. CONST. RIGHTS, ALSO MY CIVIL RIGHTS. EIGHTH AND FOURTEENTH AMENDMANTS

- I WOULD LIKE TO BE PROVIDE WITH YOUR ASSISTANCE WITH PROOF OF EVIDENCE, LAWYERS, AND PEOPLE IN THIS NATION THAT CAN STAND UP FOR WHATS RIGHT TO STAND BESIDE AND BEHIND US. (\* I TRY TO WORK OUT LIKE I USE TO; BUT MY CONDITION SIGNIFICANTLY AFFECT MY DAILY ACTIVITIES.)

- I WOULD LIKE THE FOLLOWINGS IN THIS RELIEF: TRIAL BY JURY DEMANDS, NO MAGISTRATE RECOMINDATIONS.

\* INJUNCTIVE RELIEF AND DECLCRATORY JUDGMENT: "THEY ARE LIABLE FOR UNDER DELIBERATE INDIFFENCE"

(EVIDENCE)

ROMANS 1:8-10

\* I EVEN TOLD THE NURSES WHEN I GOT TO KILBY AND HERE AT LIMESTONE THAT MY HEAD WAS SMASHED INTO THE WALL AND STILL NOTHING...

\* I SENT A LETTER TO HUMAN RIGHTS IN ATL.GA AND AN INVELOPE HAD MY BLOOD ON IT.

\*\*\* PERMINATE SCARE IN THE TOP RIGHT SIDE OF MY CRANIUM. I SUFFER FROM HEADACHES ON RANDOM DAYS I TRY TO WORK OUT.

**\* RELIEF \*** (V.)

- PAY FOR FILING FEE'S FOR: IM PAUPERIS TO THE CLERK ... $350.00
- I WOULD LIKE TO FILE A LAWSUIT FOR NO MORE THAN $85,000 AND NO LESS THAN $35,000, FROM EACH INDIVISUAL WHO DENIED MY MEDICAL ASSISTANCE AND NO PROTECTION FROM THE ATTACK OF THE FEDERAL INMATE.
- FOR THE WARDEN, SHERRIF, AND THE COMMISSIONER, I WOULD LIKE TO FILE A LAWSUIT FOR NO MORE THAN $85,000 AND NO LESS THAN $55,000 FOR THE LACK OF RESPONSIBILITY ON THE STAFF OFFICERS, AND WEEKLY TO MONTHLY INSPECTIONS INSIDE MORGAN COUNTY JAIL FACILITY. ALSO MORE POSITIVE PROGRAMS TO HELP THE PEOPLE THAT ARE SEEKING FOR CHANGE IN THEIR LIVES.
- WITH YOU ALL AND YOUR SUPPORT I WOULD LIKE TO HAVE HELP MAKING A DRAMATIC CHANGE WITH A PICTURE WITH YOU ALL WHO CAN HAVE OR "IF YOU HAVE SPARE TIME", TO PLACE ON DIFFERENT BILLBOARDS QUOTING.

"IF WE BELIEVE THAT WE CAN CHANGE THEN SO ITS POSSIBLE." THINGS THAT ARE POSITIVE ELEVATE OUR THOUGHTS. TOGETHER WE CAN PLAN AHEAD TO STAY AHEAD, AND KEEP A LEVITATED MIND. THE CHILDREN ARE OUR FUTURE. LETS KEEP OUR THOUGHTS ELEVATED TOGETHER WITH ORGANZATION. ~~████████████~~ (PEOPLE NATION) "†★★★★★" ITS TIME FOR A CHANGE, ITS TIME THAT WE MAKE A DIFFERENCE.

MESSENGER'S QUOTE...
\* THEY CANT OUT THINK THE THINKER, BECAUSE THE THE THOUGHTS THEY ARE THINKING WE, "US" AS PEOPLE NATION ALREADY THOUGHT ABOUT...

—By— Jimmy Lee Watkins
PROVERBS 16:21-22-(20)

_____
4-20-16
DATE

_____
Jimmy Watkins
PLAINTIFF

_____
NOTARY PUBLIC

Comm expires
10/30/19

| State of Alabama | | Case Number |
|---|---|---|
| Unified Judicial System | **AFFIDAVIT OF SUBSTANTIAL** | |
| Form C-10 | **HARDSHIP AND ORDER** | |
| Page 1 of 2    Rev. 2/95 | | |

IN THE __DISTRICT__ COURT OF __NORTHERN DISTRICT OF__, ALABAMA
(Circuit, District, Municipal)         (Name of County or Municipality)

STYLE OF CASE: __JIMMY LEE WATKINS__ v. __LISTED ON COMPLAINT__
                            Plaintiff(s)                                     Defendant(s)

TYPE OF PROCEEDING: _____ CHARGE(S) (if applicable): _____

☐ **CIVIL CASE** -- I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that these fees be waived initially and taxed as costs at the conclusion of the case.

☑ **CIVIL CASE** -- (such as paternity, support, termination of parental rights, dependency) - I am financially unable to hire an attorney and I request the court to appoint one for me.

☐ **CRIMINAL CASE** -- I am financially unable to hire an attorney and request that the court appoint one for me.

☐ **DELINQUENCY/NEED OF SUPERVISION** -- I am financially unable to hire an attorney and request that the court appoint one for my child/me.

**AFFIDAVIT**

**SECTION I.**

1 **IDENTIFICATION**
  Full name __JIMMY LEE WATKINS__          Date of birth __5-5-89__
  Spouse's full name (if married) __NONE__
  Complete home address __LIMESTONE CORR FACILITY 28779 NICK DAVIS RD. HARVEST ALA. 35749__
  Number of people living in household __NONE__
  Home telephone number __NONE__
  Occupation/Job __NONE__          Length of employment __N/A__
  Driver's license number __NONE__          *Social Security Number __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__
  Employer __NO__          Employer's telephone number __NONE__
  Employer's address __NONE__

2 **ASSISTANCE BENEFITS**
  Do you or anyone in your household receive benefits from any of the following sources? *(if so, please check those which apply.)*

  ☐ AFDC   ☐ Food stamps   ☐ SSI   ☐ Medicaid   ☐ Other __NONE__

3 **INCOME/EXPENSE STATEMENT**
  Monthly Gross Income:
    Monthly Gross Income                                                 $ 0
    Spouse's Monthly Gross Income *(unless a marital offense)*             0
    Other Earnings: Commissions, Bonuses, Interest Income, etc.            0
    Contributions from Other People Living in Household                    0
    Unemployment/Workmens's Compensation,
      Social Security, Retirements, etc.                                   0
    Other Income *(be specific)* __0__                                      0
                        **TOTAL MONTHLY GROSS INCOME**              $ 0

  Monthly Expenses:
    A. Living Expenses
       Rent/Mortgage                                                 $ 0
       Total Utilities: *Gas, Electricity, Water, etc.*                 0
       Food                                                              0
       Clothing                                                          0
       Health Care Insurance                                             0
       Car Payment(s)/Transportation Expenses                            0
       Loan Payment(s)                                                   0

| Form C-10 Page 2 of 2   Rev. 2/95 | AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER |
|---|---|

Monthly Expenses: (con'd page 1)
   Credit Card Payment(s) — 0
   Educational/Employment Expenses — 0
   Other Expenses (be specific) 0 — 0

Sub-Total                               A $ 0

B.  Child Support Payment(s) Alimony    $ 0

Sub-Total                               B $ 0

C.  Exceptional Expenses                $ 0

TOTAL MONTHLY EXPENSES (add subtotals from A & B monthly only) $ 0

Total Gross Monthly Income Less total monthly expenses:

**DISPOSABLE MONTHLY INCOME**                $ _____

4  LIQUID ASSETS:
   Cash on Hand/Bank (or otherwise available as stocks, bonds, certificates of deposit) $ 0
   Equity in Real Estate (value of property less what you owe) — 0
   Equity in Personal Property, etc (such as the value of motor vehicles, stereo, VCR, furnishing, jewelry, tools, guns, less what you owe) — 0
   Other (be specific)
   Do you own anything else of value?  ☐ Yes  ☑ No   0
   (land, house, boat, TV, stereo, jewelry)
   If so, describe _____

**TOTAL LIQUID ASSETS**                      $ 0

5  Affidavit/Request
I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provided by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

Sworn to and subscribed before me this 20 day of April, 2016

_Jimmy L. Watkins_
Affiant's Signature

_Jimmy L. Watkins_
Print or Type Name

Judge/Clerk/Notary   Commission Expires: 10/30/17

**ORDER OF COURT**

**SECTION II.**
   IT IS THEREFORE, ORDERED, AND ADJUDGED BY THE COURT AS FOLLOWS:
   ☐ Affiant is not indigent and request is DENIED.
   ☐ Affiant is partially indigent and able to contribute monetarily toward his/her defense; therefore defendant is ordered to pay $ _____ toward the anticipated cost of appointed counsel. Said amount is to be paid to the clerk of court as otherwise ordered and disbursed as follows: _____
   ☐ Affiant is indigent and request is GRANTED.
   ☐ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED THAT _____ is hereby appointed as counsel to represent affiant.
IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.
Done this _____ day of _____, _____

_____
Judge